UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:10-CR-141(01)RM |
| | ) | |
| JAMIE L. SMITH | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 20, 2011. Accordingly, the court ADOPTS those findings and recommendations [docket # 21], ACCEPTS defendant Jamie Smith's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED:  February 11, 2011

/s/ Robert L. Miller, Jr.
Judge, United States District Court